# EXHIBIT C

**From:** George M. Chalos [gmc@chaloslaw.com]
**Sent:** Monday, September 28, 2009 7:25 PM
**To:** 'Poux, Joseph (ENRD)'
**Cc:** 'Briton Sparkman'
**Subject:** RE: US v. Kassian

Dear Joe:

Thanks for yours below. The government has my/my client's queries. I leave it to you to decide whether a response will be provided (or not), but I am absolutely not authorized to "play games" with the government. As before, I urge you to be reasonable and remain optimistic that a substantive response will be forthcoming. Further in this regard, I must note that the "form over substance" nature of the government's request is very troubling and kindly ask that you reconsider the position.

We look forward to hearing from you.

Brgds/George

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

**From:** Poux, Joseph (ENRD) [mailto:Joseph.Poux@usdoj.gov]
**Sent:** Monday, September 28, 2009 6:54 PM
**To:** George M. Chalos
**Subject:** RE: US v. Kassian

George:

The government would oppose an application for early termination of probation.

In regards to the other issues, we would appreciate it if you would address any substantive concerns in a letter.

Joe

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Sunday, September 27, 2009 11:32 AM

**To:** Poux, Joseph (ENRD)
**Cc:** 'Briton Sparkman'
**Subject:** US v. Kassian

Dear Joe:

Many thanks for yours below and attached; the contents of which having been received in good order.

I have had an opportunity to confer with Messrs. Kassian. They – much like myself - are very disappointed with the government's decision. I am mindful that some modicum of internal consultation was engaged, but your letter did not mention any additional discussions or consultation with the IC, IAP and/or CAM. As a matter of curiosity, were any additional discussions with the environmental consultants who have first-hand knowledge of the matter undertaken? Given the fact that the government's decision was announced before the CAM's second annual report of findings was distributed, it is obvious that such comments and findings were not (and, indeed, could not) have been) considered. Accordingly, we must kindly ask that the government reconsider its position.

That said, the six (6) sentences you have written actually say very little about the government's position and, consequently, I must ask for a bit more clarification so that I may counsel our client knowledgably.

It is clear that the government will not "join" in the motion we have been holding-off on filing pending the government's response. However, it is unclear as to whether the government will oppose the motion or simply take no position on the application. Your urgent comments on this point will be greatly appreciated.

Similarly, we must inquire as to the basis upon which the government has withheld its consent? We assume there must be some good faith basis that the government can promptly articulate as the basis for its decision. Your earliest comments on this point will also be greatly appreciated.

Finally, in the same spirit that Kassian has voluntarily undertaken the costs/expenses/efforts, etc. of facilitating a meeting with the government, as well as voluntarily agreeing to (and did) share its proprietary systems, knowledge and experience with the government (which we understand is a first of its kind in similar matters), we very much look forward to receiving the government's candid, constructive criticisms of the company (if any), which led to the decision to not join in the application.

I am currently travelling abroad, but will be monitoring my Email as often as possible and should generally be available on my mobile should you wish to contact me.

Again, I thank you for your continued efforts in this matter and look forward to hearing from you.

Brgds/George


George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com


10/5/2009

Please visit our website at: www.chaloslaw.com

**From:** Poux, Joseph (ENRD) [mailto:Joseph.Poux@usdoj.gov]
**Sent:** Friday, September 25, 2009 6:04 PM
**To:** George M. Chalos
**Subject:**

Joseph A. Poux, Jr.

Assistant Chief

Environmental Crimes Section

U.S. Department of Justice

202.305.0357  direct

202 532.3062  cell

202 514.8865  fax

<<ENV_CRIMES-#249844-v1-Kassian_Response_Letter_with_signature.PDF>>



U.S. Department of Justice

Environment and Natural Resources Division

---

Environmental Crimes Section
P.O. Box 23985
Washington, DC 20026-3985

Telephone (202) 305-0357
Facsimile (202) 305-0397

September 25, 2009

**VIA E-MAIL**
George M. Chalos, Esquire
Chalos & Co, P.C. - International Law Firm
123 South Street
Oyster Bay, New York 11771

Re: *Kassian Maritime Navigation Agency, LTD.*

Dear Mr. Chalos:

I am writing in response to your request that the government join in your client's application for early termination of its probation.

As an initial matter, we very much appreciated the opportunity to meet with you and Captain Liokouras on August 12 to listen to your presentation on the steps your client has taken to fulfill its obligations with the conditions of probation ordered by Judge Adams. While I know that you have been anxiously awaiting our answer, I also know that you can appreciate that there were certain steps that the government needed to take before responding to your request. In addition to reviewing the case materials, contacting the attorneys who originally handled the case (all of whom have subsequently moved on to other offices), and reaching out to the U.S. Attorney's office in Jacksonville, it also took us some time to review the additional materials you provided after our meeting. Our purpose in taking these steps was not to cause unnecessary delay but rather to ensure that we gave your request our full consideration.

After reviewing all of the relevant materials and taking the investigative steps outlined above, the government's position is that we are unable to join in your client's application for early termination of its probation.

Sincerely,

Joseph A. Poux, Jr.

**From:** George M. Chalos [gmc@chaloslaw.com]
**Sent:** Tuesday, September 22, 2009 10:07 AM
**To:** 'Poux, Joseph (ENRD)'
**Cc:** 'Briton Sparkman'
**Subject:** RE: US v. Kassian

Hi Joe –

Sorry to keep haunting you, but I do need to hear from you.

We look forward to hearing from you soon.

Brdgs/George

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Thursday, September 17, 2009 10:38 AM
**To:** 'Poux, Joseph (ENRD)'
**Cc:** 'Briton Sparkman'
**Subject:** RE: US v. Kassian

Joe:

Further to our most recent exchanges (below), it would be helpful if you could give us a better idea as to when Kassian may expect to receive the government's substantive comments.

We are standing by to hear from you.

Brgds/GMC

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

10/5/2009

Please visit our website at: www.chaloslaw.com

---

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Monday, September 14, 2009 5:22 PM
**To:** 'Poux, Joseph (ENRD)'
**Cc:** 'Briton Sparkman'
**Subject:** RE: US v. Kassian

No sweat. This is very helpful information. I will pass it on to Kassian.

Brgds/George

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** Poux, Joseph (ENRD) [mailto:Joseph.Poux@usdoj.gov]
**Sent:** Monday, September 14, 2009 5:20 PM
**To:** gmc@chaloslaw.com
**Subject:** Re: US v. Kassian

George:

I am out of the office at the moment and am attempting to coordinate a response. I apologize for the delay.

Sent Using U.S. DOJ/ENRD BES Server

---

**From:** George M. Chalos <gmc@chaloslaw.com>
**To:** Poux, Joseph (ENRD)
**Cc:** 'Briton Sparkman' <bsparkman@chaloslaw.com>
**Sent:** Mon Sep 14 16:36:38 2009
**Subject:** RE: US v. Kassian

Hi Joe.

Sorry to press you on this, but I do need to hear from you.

We are standing by.

Brgds/George

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771

Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Thursday, September 10, 2009 7:46 AM
**To:** 'Poux, Joseph (ENRD)'
**Cc:** 'Briton Sparkman'
**Subject:** US v. Kassian

Good morning Joe.

We are being asked by Kassian our thoughts on when we may expect to hear from the government with respect to the government's decision to consent (or not) to their probation termination motion. In order to help us manage expectations, can you let us know your thoughts on this question?

Thanks and brgds/George

George M. Chalos
**CHALOS & Co, P.C.** - International Law Firm
123 South Street, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 866 702 4577
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com