UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA

v.                                                          Case No. 3:07-cr-48-J-25MCR

KASSIAN MARITIME NAVIGATION
  AGENCY, LTD.


## NOTICE OF APPEARANCE


The United States of America, by A. Brian Albritton, United States Attorney for

the Middle District of Florida, files this Notice of Appearance of the undersigned as

counsel for the United States in the above-captioned case.  Please forward all materials

in this case to counsel from this date forward.


Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney


By:    *s/ John M. Guard*
       JOHN M. GUARD
       Assistant United States Attorney
       Florida Bar No. 374600
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202-4270
       Telephone:   (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail:        John.Guard@usdoj.gov

**U.S. v. KASSIAN MARITIME**          Case No. 3:07-cr-48-J-25MCR
**NAVIGATION AGENCY, LTD.**
**SPYRIDON MARKOU**

## CERTIFICATE OF SERVICE

       I hereby certify that on October 7, 2009, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:


Attorneys for Defendant Kassian Maritime Navigation Agency, Ltd.


| James Francis Moseley, Jr. | Patrick Michael Leahy | George M. Chalos |
|---|---|---|
| Moseley Prichard Parrish | Moseley, Prichard, | Chalos, O'Connor & Duffy, |
| Knight & Jones | Parrish, Knight & Jones | LLP |
| jmoseleyjr@mppkj.com | pmleahy@mppkj.com | gmc@codus-law.com |


Attorneys for Defendant Spyridon Markou


| Stephen Jeff Weinbaum | Douglas R. Schwartz |
|---|---|
| Weinbaum and Rosenblum | Schwartz & Cera, LLP |
| sjwlawoff@comcast.net | doug@schwartz-cera.com |


                             *s/ John M. Guard*
                             JOHN M. GUARD
                             Assistant United States Attorney